UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD JOSEPH CRANE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>RODRIGUEZ, et al.,<br><br>　　　　Defendants. | No. 2:15-cv-0208 TLN KJN P<br><br><br><br>ORDER |

Plaintiff has filed a motion for extension of time to file a second amended complaint. Defendants have not yet appeared in the action. Good cause appearing, plaintiff's motion is granted. Fed. R. Civ. P. 15. Plaintiff appended exhibits to his first amended complaint. (ECF No. 12 at 16-69.) Plaintiff may ask the court to append his previously-provided exhibits to his second amended complaint rather than re-submit duplicate copies of the exhibits.

IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 13) is granted; and

2. Plaintiff is granted thirty days from the date of this order in which to file a second amended complaint.

Dated: July 1, 2015

/cran0208.36(2)

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE