UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD JOSEPH CRANE, | No. 2:15-cv-0208 TLN KJN P |
| Plaintiff, | |
| v. | ORDER |
| RODRIGUEZ, et al., | |
| Defendants. | |

Plaintiff is a state prisoner, proceeding without counsel. On July 13, 2015, plaintiff filed a motion for extension of time in which to file his second amended complaint, or, in the alternative, to stay this action. However, on July 15, 2015, plaintiff filed his second amended complaint. Thus, plaintiff's motion is moot and is denied. IT IS HEREBY ORDERED that plaintiff's motion (ECF No. 15) is denied as moot.

Dated: August 13, 2015

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/cran0208.moo