UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD JOSEPH CRANE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>RODRIGUEZ, et al.,<br><br>　　　　　Defendants. | No. 2:15-cv-0208 TLN KJN P<br><br><br>ORDER EXTENDING STAY UNDER POST-SCREENING ADR PROJECT |

　　By order filed May 9, 2016, this action was stayed for 90 days pending referral to the Post-Screening ADR Project. This action is set for settlement conference on September 22, 2016. Therefore, the stay is extended until September 23, 2016.

　　Accordingly, IT IS HEREBY ORDERED that this action remains until further order of the court.

Dated: August 17, 2016

/cran0208.styx

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

1