UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD JOSEPH CRANE,<br><br>    Plaintiff,<br><br>    v.<br><br>RODRIGUEZ, et al.,<br><br>    Defendants. | No. 2:15-cv-0208 TLN KJN P<br><br><br><br>ORDER |

Plaintiff is a state prisoner, proceeding pro se. This action was stayed for 90 days based on the referral to the post-screening ADR pilot project, and the parties were advised that except as provided by court order, no other pleadings or other documents may be filed in this case during the stay of this action. (ECF No. 53.) The stay was extended on August 17, 2016, in light of the settlement conference scheduled for September 22, 2016.[1] (ECF No. 60.)

On August 19, 2016, plaintiff filed a request for leave of court to file a motion for injunctive relief under the All Writs Act, 28 U.S.C. § 1651. (ECF No. 61.) Plaintiff, now housed at the California State Prison, Los Angeles County ("CSP-LAC"), claims that on July 12, 2016, he was assaulted by his cellmate and suffered serious injuries, including a broken nose, fractured

---

[1] On June 10, 2016, a writ of habeas corpus ad testificandum was issued to the Warden at CSP-LAC, requiring plaintiff's attendance at the September 22 settlement conference. (ECF No. 59.) Plaintiff does not claim that he is unable to attend due to his recent injuries.

1

orbital socket, and injury to the vision in his right eye, the only eye in which he has vision (he was born blind in his left eye). Plaintiff asserts that guards did not sound an alarm, and his cellmate was not punished for the assault. Plaintiff avers that his administrative appeal was rejected on August 5, 2016, and a correctional officer told plaintiff that as of August 11, 2016, there is no record of the assault. Plaintiff does not identify the relief sought.

This action proceeds on plaintiff's First and Eighth Amendment claims against defendants Davey, Rodriguez, Robinette, Weeks, Barton, and Probst while plaintiff was housed at High Desert State Prison from 2009-2013. The issues raised in plaintiff's request do not relate to the pending claims and do not involve the defendants in this action. Moreover, plaintiff was previously advised that "it is inappropriate to raise unrelated claims against different defendants in one action, and that unrelated claims against different defendants must be pursued in multiple lawsuits. (ECF Nos. 26 at 2; 6 at 3-4.) In addition, any federal civil rights claims plaintiff may pursue based on the July 12, 2016 incident must be raised in the United States District Court for the Central District of California because CSP-LAC is located in Lancaster, Los Angeles County, California. This court has no jurisdiction over such claims. Thus, plaintiff's request is denied.

Accordingly, IT IS HEREBY ORDERED that plaintiff's August 19, 2016 request (ECF No. 61) is denied.

Dated: September 12, 2016

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

cran0208.den

2