UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD JOSEPH CRANE, | No. 2:15-cv-0208 TLN KJN P |
| Plaintiff, | |
| v. | ORDER |
| RODRIGUEZ, et al., | |
| Defendants. | |

Plaintiff is a state prisoner, proceeding without counsel. On May 23, 2017, plaintiff filed his second request for an extension of time to file a reply to defendants' April 3, 2017 opposition to plaintiff's motion to compel pursuant to the court's order of April 21, 2017. On May 26, 2017, plaintiff filed his reply. On June 2, 2017, defendants filed a motion for leave to file a sur-reply to plaintiff's reply.

Good cause appearing, plaintiff's request is granted, and his reply is deemed timely-filed. Defendants' motion for leave to file a sur-reply is well-taken based on plaintiff's inclusion of new issues, and is granted. Defendants shall file a sur-reply within fourteen days from the date of this order. At that time, plaintiff's motion to compel shall stand submitted, and no further filing in connection with the motion to compel is permitted.

IT IS HEREBY ORDERED that:

1. Plaintiff's request for an extension of time (ECF No. 132) is granted;

2. Plaintiff's reply (ECF No. 133) is deemed timely-filed;

3. Defendants' request for leave to file a sur-reply (ECF No. 135) is granted; and

4. Defendants shall file a sur-reply within fourteen days from the date of this order.

Dated: June 5, 2017

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/rh/cw/cran0208.36.sec