UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD JOSEPH CRANE,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>RODRIGUEZ, et al.,<br><br>　　　　Defendants. | No. 2:15-cv-0208 TLN KJN P<br><br><br>ORDER |

Plaintiff has filed a motion for extension of time to file an opposition to defendant Weeks' motion for judgment on the pleadings. Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 143) is granted;

2. Plaintiff is granted thirty days from the date of this order in which to file an opposition to the motion for judgment on the pleadings. Defendant's reply, if any, shall be filed within seven days thereafter.

Dated: July 11, 2017

　　　　　　　　　　　　　　　　　　　　　KENDALL J. NEWMAN
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

/cran0208.36(5)