UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD JOSEPH CRANE,<br><br>   Plaintiff,<br><br>   v.<br><br>RODRIGUEZ, et al.,<br><br>   Defendants. | No. 2:15-cv-00208-TLN-KJN<br><br><br>ORDER |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On July 6, 2018, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. (ECF No. 171.) Defendants Davey, Rodriguez, Probst, Barton and Robinette, and Plaintiff have filed objections to the findings and recommendations. (ECF No. 172.) Plaintiff was granted until September 26, 2018, in which to file objections; Plaintiff's objections were filed on October 1, 2018. (ECF No. 177.)

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the

Court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed July 6, 2018 are adopted in full; and
2. Defendants' motion requiring security (ECF No. 155) is denied.

Dated: October 16, 2018

Troy L. Nunley
United States District Judge