UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD JOSEPH CRANE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>RODRIGUEZ, et al.,<br><br>　　　　　Defendants. | No.  2:15-cv-0208 TLN KJN P<br><br><br>ORDER CLARIFYING APRIL 22, 2020 ORDER |

　　　　Plaintiff is a state prisoner, proceeding without counsel.  On April 22, 2020, a request for clarification of the court's order addressing the in-camera review (ECF No. 209) was filed by the group defendants.  (ECF No. 210.)  The court apologizes for the confusion, and clarifies the April 22, 2020 order as follows.  In connection with the production of confidential memos concerning inmate Dolihite, the group defendants submitted confidential memos with proposed redactions (1097, 1098, 1099, 1100, 1101, 1102.)  The group defendants shall redact such documents as proposed.  Plaintiff shall be permitted to review a copy of such memos as redacted.  In other words, plaintiff may not view the redacted portions of such confidential memos.

　　　　Accordingly, IT IS HEREEBY ORDERED that the request for clarification (ECF No. 209) is granted; and the April 22, 2020 order is clarified as set forth above.

Dated:  April 27, 2020

/cran0208.cla

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE