UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| RICHARD JOSEPH CRANE, | No. 2:15-cv-0208 TLN KJN P |
|---|---|
| Plaintiff, | |
| v. | ORDER |
| RODRIGUEZ, et al., | |
| Defendants. | |

Plaintiff has filed motions for extensions of time to file a motion for reconsideration of the court's December 7, 2020 order, and to file objections to the order denying him appointment of counsel. Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motions for extensions of time (ECF No. 226 and 227) are granted; and

2. Plaintiff is granted thirty days from the date of this order in which to file a motion for reconsideration and objections.

Dated: January 28, 2021

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/cran0208.36(3)