UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD JOSEPH CRANE,<br><br>Plaintiff,<br><br>v.<br><br>RODRIGUEZ, et al.,<br><br>Defendants. | No. 2:15-cv-0208 TLN KJN P<br><br><br>ORDER |

Plaintiff filed his second request for an extension of time to file a motion for reconsideration of the court's December 7, 2020, order, and to file objections to the order denying him appointment of counsel. Good cause appearing, the request is granted. No further extensions of time will be granted.

IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 229) is granted; and

2. Plaintiff is granted thirty days from the date of this order in which to file a motion for reconsideration and objections. No further extensions of time will be granted.

Dated: March 10, 2021

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/cran0208.36sec