UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD J. CRANE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>RODRIGUEZ, et al.,<br><br>　　　　　Defendants. | No. 2:15-cv-0208 TLN KJN P<br><br><br>ORDER |

On May 27, 2021, plaintiff filed a motion for extension of time to file an opposition to the motion for summary judgment filed on May 7, 2021. In the meantime, defendant Weeks filed a motion for summary judgment on May 21, 2021. Because it is likely plaintiff will need additional time to respond to defendant Weeks' motion as well, and plaintiff has limited access to the law library, plaintiff is granted sixty days from the date of this order in which to file an opposition to both motions for summary judgment. (ECF Nos. 236, 240.)

Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 242) is granted; and

2. Plaintiff is granted sixty days from the date of this order in which to file a response to both motions for summary judgment (ECF Nos. 236, 240).

Dated: June 4, 2021

/cran0208.36.msj

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE