UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD JOSEPH CRANE,<br><br>    Plaintiff,<br><br>    v.<br><br>RODRIGUEZ, et al.,<br><br>    Defendants. | No.  2:15-cv-0208 TLN KJN P<br><br><br>ORDER |

Plaintiff is a state prisoner, proceeding without counsel. On July 16, 2021, plaintiff filed a motion to stay defendants' motions for summary judgment pending the district court's ruling on plaintiff's motion for reconsideration. However, on July 13, 2021, the district court denied plaintiff's motion for reconsideration. Therefore, plaintiff's motion to stay is moot and is denied.

On August 16, 2021, plaintiff filed a motion for extension of time to file an opposition to the May 7, 2021 and the May 21, 2021 motions for summary judgment. Good cause appearing, plaintiff's motion is granted.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion (ECF No. 248) is denied as moot;

2. Plaintiff's motion for extension of time (ECF No. 250) is granted; and

////

////

3. Plaintiff is granted sixty days from the date of this order in which to file an opposition to both motions for summary judgment (ECF Nos. 236 and 240).

Dated:  August 20, 2021

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/cran0208.36(6)