UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD J. CRANE, | No. 2:15-cv-0208 TLN KJN P |
| Plaintiff, | |
| v. | ORDER |
| RODRIGUEZ, et al., | |
| Defendants. | |

Plaintiff filed a motion for extension of time to file objections to the court order filed on November 12, 2021, denying plaintiff's motion to strike defendants' motions for summary judgment. However, in the court's November 12, 2021 order, plaintiff was sanctioned for bringing a baseless motion by prohibiting him from filing any motion or request not related to the pending motions for summary judgment until the undersigned rules on such motions. Because such order did not contemplate the filing of "objections" to the November 12, 2021 order, plaintiff's request for an extension of time to file such objections is denied.

However, plaintiff may seek reconsideration of this court's order by the district court. (But plaintiff is cautioned that the district judge will undoubtedly also look with disfavor upon plaintiff filing frivolous motions.) Thus, to the extent plaintiff intends to seek reconsideration by the district court, plaintiff is granted thirty days from the date of this order in which to do so.

////

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 267) to file objections is denied; and

2. Plaintiff is granted thirty days from the date of this order in which to file a request for the district court's reconsideration of the November 12, 2021 order denying plaintiff's motion to strike.

Dated: December 1, 2021

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/cran0208.36(2)