UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD J. CRANE, | No. 2:15-cv-00208-TLN-KJN |
| Plaintiff, | |
| v. | **ORDER** |
| RODRIGUEZ, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding without counsel. Following extensions of time, on January 10, 2022, Plaintiff filed a request for reconsideration of the magistrate judge's order filed November 12, 2021, denying Plaintiff's motion to strike (ECF No. 266). Defendants oppose this request. (ECF Nos. 273, 275.) Pursuant to E.D. Local Rule 303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law." *Id.* Upon review of the entire file, the Court finds that it does not appear that the magistrate judge's ruling was clearly erroneous or contrary to law.

Therefore, IT IS HEREBY ORDERED that, upon reconsideration (ECF No. 272), the order of the magistrate judge filed November 12, 2021 (ECF No. 266) is affirmed.

DATED: February 1, 2022

Troy L. Nunley
United States District Judge

1