UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD J. CRANE,<br><br>    Plaintiff,<br><br>    v.<br><br>RODRIGUEZ, et al.,<br><br>    Defendants. | No. 2:15-cv-0208 TLN KJN P<br><br><br>ORDER |

Plaintiff filed a motion for a second extension of time to file and serve objections to the June 27, 2022 findings and recommendations. Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 316) is granted; and

2. Plaintiff is granted thirty days from the date of this order in which to file and serve his objections.

Dated: September 2, 2022

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

cran0208.36(11)