UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD J. CRANE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>RODRIGUEZ, et al.,<br><br>　　　　Defendants. | No.　2:15-cv-0208 TLN KJN P<br><br><br>ORDER |

　　Plaintiff is a state prisoner, proceeding pro se. Plaintiff filed his third request for an extension of time to file and serve objections to the June 27, 2022, findings and recommendations. Good cause appearing, the request is granted. No further extensions of time will be granted.

　　IT IS HEREBY ORDERED that:

　　1. Plaintiff's motion for an extension of time (ECF No. 318) is granted; and

　　2. Plaintiff is granted thirty days from the date of this order in which to file and serve his objections. No further extensions of time will be granted.

Dated: October 14, 2022

　　　　　　　　　　　　　　　　　　　　　　　　　/s/ Kendall J. Newman
　　　　　　　　　　　　　　　　　　　　　　　　　KENDALL J. NEWMAN
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

/cran0208.36sec(5)