UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD CRANE,<br><br>   Plaintiff,<br><br>   v.<br><br>RODRIGUEZ, et al.,<br><br>   Defendants. | No.  2:15-cv-00208-TLN-KJN<br><br>**ORDER** |

   Plaintiff, a state prisoner proceeding pro se, filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge under this Court's Local Rules.

   On April 3, 2023, Plaintiff filed a motion for extension of time.  (ECF No. 332.)  On April 5, 2023, Plaintiff filed an amended motion for extension of time, superseding the motion filed April 3, 2023.  (ECF No. 333.)  Accordingly, the motion for extension of time filed April 3, 2023, is disregarded.

   In the motion for extension of time filed April 5, 2023, Plaintiff seeks an extension of time to file objections to the magistrate judge's order filed March 20, 2023, denying Plaintiff's motion for clarification.  (*Id.*)  In the March 20, 2023 order, the magistrate judge denied Plaintiff's motion for clarification because the arguments raised in this motion did not concern the instant action.  (ECF No. 330 at 2.)  This Court construes Plaintiff's motion as seeking an extension of

time to file a request for reconsideration of the magistrate judge's March 20, 2023 order.

Requests for extension of time may be granted upon a showing of good cause. Fed. R. Civ. P. 6(b). In the pending motion, Plaintiff alleges that he requires additional time to conduct research and make photocopies. (ECF No. 333 at 2.) However, Plaintiff fails to address what further research he needs to conduct and why he requires photocopies.

After reviewing the magistrate judge's March 20, 2023 order and Plaintiff's pending motion, this Court finds that Plaintiff has not shown good cause to grant his motion for extension of time to file a request for reconsideration of the March 20, 2023 order denying his motion for clarification.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for extension of time filed April 3, 2023 (ECF No. 332), is disregarded;
2. Plaintiff's motion for extension of time filed April 5, 2023 (ECF No. 333), is DENIED.

DATE:  May 10, 2023

_____
Troy L. Nunley
United States District Judge