UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD J. CRANE,<br><br>           Plaintiff,<br><br>     v.<br><br>RODRIGUEZ, et al.,<br><br>           Defendants. | No. 2:15-cv-0208 TLN KJN P<br><br>ORDER APPOINTING LIMITED<br>PURPOSE COUNSEL FOR SETTLEMENT |

Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983. The court finds the appointment of counsel for plaintiff is warranted for the limited purpose of representing plaintiff at a settlement conference and will partially grant plaintiff's Motion to Appoint Counsel. (ECF No. 337.) Calvin J. Massey has been selected from the Court's Pro Bono Attorney Panel to represent plaintiff for this limited purpose and has agreed to be appointed.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's Motion to Appoint Counsel (ECF No. 337) is partially granted and Calvin J. Massey is appointed as limited purpose counsel for plaintiff in the above titled matter. This appointment is for the limited purpose of assisting plaintiff with preparing for and participating in a settlement conference.

2. Calvin J. Massey's appointment will terminate fifteen days after completion of the settlement conference, or any continuation of the settlement conference. Prior to the

termination of the appointment, the court will accord counsel the option of proceeding as plaintiff's appointed counsel through trial. If counsel does not wish to continue representation of plaintiff after he has carried out this limited purpose appointment, the court will consider appointing new counsel for plaintiff, if deemed appropriate at that time.

3. Appointed counsel shall notify Sujean Park via email at spark@caed.uscourts.gov if he has any questions related to the appointment.

4. The parties are directed to contact Sujean Park within 14 days of the date of this order to arrange scheduling of the settlement conference.

5. The Clerk of the Court is directed to serve a copy of this order upon Calvin J. Massey, Law Office of Calvin J. Massey, 5170 Golden Foothill Pkwy, El Dorado Hills, CA 95762.

Dated:  September 29, 2023

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Cran0208.31