UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD J. CRANE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>RODRIGUEZ, et al.,<br><br>　　　　　Defendants. | No.  2:15-cv-0208 TLN CSK P<br><br><br>ORDER |

　　　Plaintiff filed a motion for extension of time to file a reply to defendants' opposition to the motion for attendance of incarcerated witnesses.  Good cause appearing, IT IS HEREBY ORDERED that:

　　　1. Plaintiff's motion for an extension of time (ECF No. 360) is granted; and

　　　2. Plaintiff is granted thirty days from the date of this order in which to file a reply to defendants' opposition to the motion for attendance of incarcerated witnesses.

Dated:  November 21, 2024

　　　　　　　　　　　　　　　　　　　　　　　　　　　/s/ Chi Soo Kim
　　　　　　　　　　　　　　　　　　　　　　　　　　　CHI SOO KIM
　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

/1/cran0208.ext

1