1
2
3
4
5
6
7
8                      UNITED STATES DISTRICT COURT
9                   FOR THE EASTERN DISTRICT OF CALIFORNIA
10

11  RICHARD J. CRANE,                    No. 2:15-cv-0208 TLN CSK P
12            Plaintiff,                 <u>ORDER AND REQUESTS TO INMATES:</u>
13       v.                              **Ernest Verdell Shoemaker, CDCR #E82138**
14  RODRIGUEZ, et al.,                   **Luis E. Leon, CDCR #K75474**
15            Defendants.                **Juan Munoz, CDCR #D52837**
16                                       **John Harrell, CDCR #K81198**
17                                       **Branden Kyle Smith, CDCR #G3505**
18

19       Plaintiff Richard J. Crane is a state prisoner proceeding pro se. By separate order, the
20  Court found that based on inmate declarations submitted by plaintiff, the following inmates have
21  testimony relevant to plaintiff's claims remaining in this action: Ernest Verdell Shoemaker,
22  CDCR #E82138; Luis E. Leon, CDCR #K75474; Juan Munoz, CDCR #D52837; John Harrell,
23  CDCR #K81198; and Branden Kyle Smith, CDCR #G35054. By this order, the Court requests
24  each inmate to notify this Court whether he is willing to testify voluntarily at trial if called as a
25  witness by plaintiff Richard J. Crane. The Court will provide each inmate with a copy of the
26  declaration filed by plaintiff, if one was filed. Because the Court is preparing this case for trial,
27  the Court requests that each inmate respond within thirty days from the date of this order.
28       Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed to serve a copy of this order, along with a copy of that inmate's declaration, if filed, as indicated by the inmate's name below:

| | |
|---|---|
| Ernest Verdell Shoemaker, CDCR #E82138<br>California State Prison, Corcoran<br>P.O. Box 8800<br>Corcoran, CA  93212 | Declaration (ECF No. 16-1 at 8-9) |
| Luis E. Leon, CDCR #K75474<br>Valley State Prison<br>P.O. Box 92<br>Chowchilla, CA  93610-0092 | Declaration (ECF No. 16-1 at 11-12) |
| Juan Munoz, CDCR #D52837<br>Richard J. Donovan Correctional Facility<br>480 Alta Road<br>San Diego, CA  92179 | Declaration (ECF No. 283 at 37) |
| John Harrell, CDCR #K81198<br>Correctional Training Facility<br>P.O. Box 705<br>Soledad, CA  93960 | Declarations (ECF No. 16-1 at 25 & ECF No. 238-12 at 1-2.) |
| Branden Kyle Smith, CDCR #G35054<br>Calipatria State Prison<br>P.O. Box 5002<br>Calipatria, CA  92233-5002 | No declaration provided.[1] |

2. Inmates Ernest Verdell Shoemaker, CDCR #E82138, Luis E. Leon, CDCR #K75474, Juan Munoz, CDCR #D52837, John Harrell, CDCR #K81198, and Branden Kyle Smith, CDCR #G35054, are requested to complete and return the attached notice within thirty days from the date of this order.  If an inmate fails to respond, the Court will deem such failure as that inmate's refusal to testify voluntarily, requiring plaintiff to subpoena the inmate's appearance at trial.

Dated:  August 18, 2025

_____
CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

/1/cran0208.inc.witn

---

[1] In plaintiff's pretrial statement and his motion for witnesses, plaintiff declares that inmate Branden Smith witnessed plaintiff's request to move and later assaulted plaintiff on January 22, 2011.  (ECF Nos. 352 at 16, 357 at 4.)

2

1
2
3
4
5                    UNITED STATES DISTRICT COURT
6                  FOR THE EASTERN DISTRICT OF CALIFORNIA
7
8   RICHARD J. CRANE,                    No. 2:15-cv-0208 TLN CSK P
9              Plaintiff,
10       v.                              NOTICE RE COURT TESTIMONY
11  RODRIGUEZ, et al.,
12             Defendants.
13
14       Inmate _____, identified as a potential witness in plaintiff's
15  case, submits the following notice in compliance with the court's recent order
16
17          [ ]     I agree to testify voluntarily.
18                  (Check this box if willing to testify voluntarily.)
19
20          [ ]     I decline to testify voluntarily.
21                  (Check this box if unwilling to testify voluntarily.)
22
23  DATED:
24                                          _____
                                            Plaintiff
25
26
27
28
                                        3