UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD J. CRANE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>RODRIGUEZ, et al.,<br><br>　　　　　Defendants. | No. 2:15-cv-0208 TLN CSK P<br><br><br>ORDER |

　　　　Plaintiff is a state prisoner proceeding pro se. Plaintiff filed a motion for extension of time to file objections to the Court's order filed on August 19, 2025. (ECF No. 373.) In his motion, plaintiff also states he is allowed to file a request for reconsideration of the order under 28 U.S.C. § 636(b)(1)(A). (Id. at 2.)

　　　　On August 19, 2025, the Court issued an order addressing plaintiff's motion for witnesses at trial. (ECF No. 368.) The Court did not issue findings and recommendations; therefore, plaintiff's motion for extension of time to file objections is denied. Instead, plaintiff is granted an extension of time to file a request for reconsideration of the order. See Local Rule 230(j).

　　　　Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 373) to file objections is denied;
2. Plaintiff's motion for an extension of time (ECF No. 373) to file a request for reconsideration is granted; and

///

1

3. Plaintiff is granted thirty days from the date of this order in which to file a request for reconsideration of the August 19, 2025 order (ECF No. 368).

Dated: September 9, 2025

CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

/1/cran0208.36.wit