UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD J. CRANE, | No.  2:15-cv-0208 TLN CSK P |
| Plaintiff, | |
| v. | ORDER |
| RODRIGUEZ, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983.  On December 10, 2025, this Court denied plaintiff's partial motion for summary judgment as untimely.  (ECF No. 385.)  On December 22, 2025, and January 26, 2026, plaintiff filed requests for extensions of time to file objections to the December 10, 2025 order. The order denied plaintiff's motion as untimely; thus, the Court construes plaintiff's requests for extension of time as requests to extend the time to file a motion for reconsideration rather than objections.  Good cause appearing, plaintiff's requests are granted.

Accordingly, IT IS HEREBY ORDERED that:

1.  Plaintiff's motions for extensions of time (ECF Nos. 386, 389) are granted; and

///

///

///

1

2.  Plaintiff is granted thirty days from the date of this order in which to file a motion for reconsideration of the December 10, 2025 order.

Dated:  February 3, 2026

_____
CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

/1/cran0508.36

2