UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICHARD J. CRANE,

        Plaintiff,

    v.

RODRIGUEZ, et al.,

        Defendants.

No.  2:15-cv-00208 TLN-CSK

ORDER

On August 19, 2025, the magistrate judge granted in part and denied in part Plaintiff's motion for the attendance of witnesses at trial.  (ECF No. 368.)  Following subsequent extensions of time, on December 30, 2025, Plaintiff filed objections and a motion for reconsideration of the magistrate judge's August 19, 2025 order.  (ECF No. 387.)  Defendants filed a response on January 14, 2026.  (ECF No. 388.)

Pursuant to Eastern District of California Local Rule 303(f), a magistrate judge's pretrial orders shall be upheld unless "clearly erroneous or contrary to law."  L.R. 303(f).  Plaintiff challenges the magistrate judge's ruling concerning witnesses Shanta Ray, Donald Boutte, Joseph Dolihite.  (ECF No. 387 at 2–5.)  Upon review of the entire file, the Court finds the magistrate judge's ruling was not clearly erroneous or contrary to law.

///

///

1

Therefore, IT IS HEREBY ORDERED that, upon reconsideration, the order of the magistrate judge filed August 19, 2025, is affirmed.

Date: March 10, 2026

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE