UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

RICHARD J. CRANE,

     Plaintiff,

     v.

RODRIGUEZ, et al.,

     Defendants.

No. 2:15-cv-00208-TLN-CSK

**ORDER**

Plaintiff Richard J. Crane ("Plaintiff") filed the above-entitled action.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On December 10, 2025, the magistrate judge denied Plaintiff's motion for partial summary judgment as untimely.  (ECF No. 385.)  Following an extension of time, on March 11, 2026, Plaintiff filed objections to the magistrate judge's order, which this Court construes as a motion for reconsideration of the magistrate judge's December 10, 2025 order.  (ECF No. 391.) Defendants did not file an opposition.  Pursuant to Local Rule 303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law."  E.D. Cal. L.R. 303(f).  Upon review of the entire file, the Court finds that it does not appear that the magistrate judge's ruling was clearly erroneous or contrary to law.

///

1

Therefore, upon reconsideration (ECF No. 391), the order of the magistrate judge filed December 10, 2025, is AFFIRMED.

IT IS SO ORDERED.

Date: April 13, 2026

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE